IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00925-RBJ

CAROL OBERLY

    Plaintiff,

v.

WING ENTERPRISES, INC. d/b/a LITTLE GIANT SOLUTIONS and HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT

    Defendants
_____

### PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE
_____

Plaintiff moves pursuant to FRCP 41(a)(2) to dismiss the case with prejudice and for the court to order that each party to pay their own costs and fees. Counsel for the parties conferred by telephone on January 21, 2014. Counsel for the defendants does not object to this motion and has expressly agreed that upon dismissal each party is to bear her/its own costs and fees.

As grounds:

1. Plaintiff is unable to disclose admissible expert testimony to support her contention of defect and causation. Plaintiff, through counsel, has undertaken extensive examination, study and testing of the ladder in question, including pursuant to the standard industry testing protocols published by the American National Standards for Ladder Safety, ANSI-ASC A14.2-2007. The work did <u>not</u> generate expert evidence admissible under Rule 702 for the proof of defect and causation.

WHEREFORE, the plaintiff moves for a dismissal of the action with prejudice and that the court order each party pay her or its own costs and fees.

Respectfully submitted this 24th day of January, 2014.

*Original signature on file at the law offices of:*
CHALAT HATTEN KOUPAL & BANKER PC
*s/ James H. Chalat*
James H. Chalat, Atty. Reg. No. 8037
Linda J. Chalat, Atty. Reg. No. 20381
1900 Grant Street, Suite 1050
Denver, Colorado 80203
Telephone: (303) 861-1042
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2014, a true and accurate copy of the foregoing "**PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE**" was e-filed via CM/ECF which shall send notification of such filing to the following party of record:

Bruce A. Menk                    Email: menkb@hallevans.com
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202
*(Attorneys for Defendants)*

**Via U.S. First Class Mail**
**and electronic transmission**
Carol J. Oberly
3370 F 5/8th Road
Clifton, CO 81520

*s/ E. Noelle Bolefahr*
for CHALAT HATTEN KOUPAL & BANKER. PC

2