IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00925-RBJ

CAROL OBERLY,

    Plaintiff,

v.

WING ENTERPRISES, INC. d/b/a Little Giant Solutions, and
HOME DEPOT U.S.A. INC. d/b/a The Home Depot,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court has considered the Plaintiff's Unopposed Motion for Dismissal With Prejudice at Docket No. 24. The Court hereby orders that this case be dismissed with prejudice. Each party to pay their own costs and fees.

DATED this 24th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge